Harold E. STRICKLAND,
Plaintiff–Appellant,

v.

Commonwealth of VIRGINIA; Dr. Paul C. Ohai, Powhatan Correctional Center; Dr. Ronald W. Toney, Powhatan Correctional Center; Nurse Wanda Davenport, Powhatan Correctional Center; Armor Correctional Health Services, Inc.; Dr. Frank Sturmer, Mecklenburg Correctional Center; Dr. Mark Militana, Mecklenburg Correctional Center; Dr. Mary Clarke, Deep Meadows Correctional Center; Nurse W. Reed, Deep Meadows Correctional Center, Defendants–Appellees.

Harold E. Strickland, Plaintiff–Appellant,

v.

Virginia Department of Corrections; Armor Correctional Health Services, Inc.; Dr. Frank Sturmer, Mecklenburg Correctional Center; Dr. Mary Clarke, Deep Meadows Correctional Center; Nurse W. Reed, Deep Meadows Correctional Center; Ms. Cloud, Food Service Managerdeep Meadows Correctional Center; Dr. Paul C. Ohai, Powhatan Correctional Center; Dr. Ronald W. Toney, Powhatan Correctional Center; Nurse Wanda Davenport, Powhatan Correctional Center, Defendants–Appellees.

Nos. 14–7848, 14–7849.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 28, 2015.

Decided: June 18, 2015.

Harold E. Strickland, Appellant Pro Se. John Michael Parsons, Assistant United States Attorney, Richmond, Virginia; Ramon Rodriguez, III, Rawls, McNelis & Mitchell, PC, Richmond, Virginia; Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellees.

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion:

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold E. Strickland appeals the district court's order accepting the recommendation of the magistrate judge, denying relief on his complaints raising various claims under state and federal law, and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Strickland v. Virginia*, No. 7:13–cv–00485–JPJ–PMS, 2014 WL 6452181 (W.D.Va. Nov. 17, 2014); *Strickland v. Virginia Dep't of Corr.*, No. 7:13–cv–00484–JPJ, 2014 WL 6452181 (W.D.Va. Nov. 17, 2014). We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*